# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| DEMETREE WYNN | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | )   Cause No: |
| | ) |
| CITY OF INDIANAPOLIS, ET AL | ) |
| | ) |
| | ) |
| *Defendants.* | ) |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

*City of Indianapolis*  
*200 East Washington St*  
*Indianapolis, IN 46204*

*Chief K. Adams*  
*50 N. Alabama St*  
*Indianapolis, IN 46204*

*IMPD*  
*50 N. Alabama St*  
*Indianapolis, IN 46204*

*Officer D. Mercer*  
*50 N. Alabama Street*  
*Indianapolis, IN 46204*

*Chief R. Taylor*  
*50 N. Alabama St*  
*Indianapolis, IN 46204*

*Officer S. Scott*  
*50 N. Alabama St*  
*Indianapolis, IN 46204*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

*Swaray Edward Conteh*  
*3737 North Meridian Street, Suite 106*  
*Indianapolis, Indiana 46268*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                  *Server's Signature*


                                  _____
                                  *Printed name and title*


                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc.