UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DEMETREE WYNN,                                )
                                              )
                    *Plaintiff*,              )
                                              )
        vs.                                   )        No. 1:20-cv-1638-JMS-MJD
                                              )
CITY OF INDIANAPOLIS and DE'JOURE            )
MARQUISE MERCER,                              )
                                              )
                    *Defendants*.             )

## ORDER

In order to facilitate the Final Pretrial Conference, and ultimately the trial, in this matter, the Court requests that the parties be prepared to present argument concerning the following issues at the Final Pretrial Conference currently scheduled for January 27, 2023, in addition to the issues already outlined in the December 28, 2022 Final Pretrial Conference Order:

(1) Whether Ms. Wynn individually can recover any damages (apart from those recoverable by Mr. Reed's Estate) on Plaintiff's claim under the Fourth Amendment;

(2) Whether Plaintiff's state law claim for negligent infliction of emotional distress remains viable, and if so, what is the theory of liability on that claim, and in what capacity is the claim being asserted (*i.e.*, individually by Ms. Wynn or on behalf of Mr. Reed's Estate);

(3) Whether punitive damages can be assessed against Officer Mercer in connection with the Fourth Amendment claim, if he is found liable; and

(4) Whether Ms. Wynn must choose between pursuing recovery based on wrongful death or recovery based on the survival statute, and whether she has preserved a claim based on the survival statue.

The parties are **ORDERED** to file a Notice to the Court containing a brief summary of their positions regarding each of these issues, including citations to relevant legal authority and to the docket in this case, by **5:00 p.m. on January 26, 2023**. The Court will also hear argument on these matters at the Final Pretrial Conference.

1

Date: 1/26/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only to all counsel of record</u>**