**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DEMETREE WYNN, Individually, and as the Mother of DREASJON IRE REED, and as Representative of the Estate of DREASJON IRE REED (deceased), | ) CASE NO. 1:20-cv-01638-JMS-MJD<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| CITY OF INDIANAPOLIS, and OFFICER DE'JOURE MARQUISE MERCER (In their Individual and Official Capacities, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF RESOLUTION**

The parties, by counsel, hereby notify the Court that this matter has been resolved. The parties

request that this Court issue an order vacating the trial date and all related deadlines. The parties

anticipate that the necessary documents will be completed and a dismissal filed within 45 days.

THE FIRM OF FATIMA JOHNSON                    FROST BROWN TODD LLP

By:   */s/Swaray E. Conteh (w/permission)*        By:   */s/ Anthony W. Overholt*
     Fatima T. Johnson, #31043-49                    Anthony W. Overholt, #16481-49
     Swaray E. Conteh, #18586-49                     Thomas L. Davis, #4423-49
     *Attorneys for Defendants*                              Stephanie V. McGowan, #30759-49

                                          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was electronically filed on this 31st day of January, 2022.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Fatima T. Johnson
Swaray E. Conteh
The Firm of Fatima Johnson
3737 N. Meridian Street, Suite 106
Indianapolis, IN  46208

Andrew R. Duncan
Edward J. Merchant
John F. Kautzman
Ruckelshaus Kautzman Blackwell Bemis
    Duncan & Merchant, LLP
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN  46204


*/s/ Anthony W. Overholt*
Anthony W. Overholt


FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
tdavis@fbtlaw.com
smcgowan@fbtlaw.com

LR02314.0753710   4860-2936-1742v1